IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HEATHER N BOYCE,

    Plaintiff,

v.                                                CASE NO. 1:07-cv-00117-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Motion for Attorney Fees under the Equal Access to Justice Act, filed by Heather N. Boyce. Defendant responded at Doc. 31 and stated that he is unopposed. Upon consideration, the motion at Doc. 24 is GRANTED. The Court hereby awards $3,892.17 to Plaintiff for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    **DONE AND ORDERED** this _20th_ day of August, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge